# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

147171

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 147171
                                         COA: 308868
                                         Wayne CC: 11-008924-FJ

MENDO ROMAN LOVE,
         Defendant-Appellant.

_____/

      By order of November 6, 2013, the application for leave to appeal the April 25, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Eliason* (Docket No. 147428). On order of the Court, the case having been decided on July 8, 2014, sub nom *People v Carp*, 496 Mich 440 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



Clerk

h1215